**RECEIVED**

OCT - 8 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

APRYL BARNES

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*(Write the full name of each plaintiff who is filing this complaint.  If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

HAZELWOOD SCHOOL DISTRICT

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:

☒ Yes   ☐ No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | APRYL BARNES |
| Street Address | 1128 GREENSHAW DRIVE |
| City and County | ST. LOUIS |
| State and Zip Code | MISSOURI |
| Telephone Number | 314-226-5795 |
| E-mail Address | APRYLBARNES@YAHOO.COM |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | HAZELWOOD SCHOOL DISTRICT |
| Job or Title | |
| Street Address | 15875 New Halls Ferry Road, |
| City and County | FLORISSANT |
| State and Zip Code | MISSOURI 63031 |
| Telephone Number | (314) 953-5400 |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.    Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. 42 U.S.C. § 1981;
2. 42 U.S.C. § 1983;
3. Title VII of the Civil Rights Act of 1964;
4. 28 U.S.C. § 1331 and 28 U.S.C. § 1343;
5. 28 u.s.c. § 1367

### B.    Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

Not applicable.

### C.    Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)*    APRYL BARNES    , is a citizen of the State of *(name)*    MISSOURI    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.     The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ N/A _____, is a citizen

of the State of *(name)* _____ N/A _____ *Or* is a citizen

of *(foreign nation)* _____ N/A _____ .

If the defendant is a corporation

The defendant, *(name)* ___ HAZELWOOD SCHOOL DISTRICT ___ .

is incorporated under the laws of the State of *(name)*

_____ MISSOURI _____, and has its principal place of

business in the State of *(name)* _____ MISSOURI _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

Likely exceeds $75,000 based on emotional distress, lost earnings, and damages.

4

## III.    Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.    What happened to you?
2.    When did it happen?
3.    Where did it happen?
4.    What injuries did you suffer?
5.    What did each defendant personally do, or fail to do, to harm you?

```
On May 28, 2024 I was recommended for termination from my bus
driver position. I submitted a written request for an
opportunity to speak with the District to discuss the
circumstances leading to my termination.
The termination letter I received alleges that I, Apryl Barnes,
put a child in harm's way by calling a parent and informing her
that her child was on a field trip. I had no prior knowledge of
this trip or the grade level of the students because it was an
emergency trip. I was unaware that I knew any student who would
be attending the field trip. Upon arriving at the destination, I
noticed a student whom I had not seen in the past year or two. I
then asked the teacher if I could speak with her, to which she
replied yes. I asked the teacher to confirm the student's name
which she confirmed. I then asked if I could speak with the
student, and the teacher brought her to me. I spoke with the
student in the presence of her teacher. I then hugged the
student, who also happened to be my daughter's niece (her
father's son) and asked why she hadn't spoken to her aunt (my
daughter) and if she wanted to. The call, however, never took
place.  [continuation attached]
```

## IV.    Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Statement of Claim Continuation Page

I am being blamed for someone else's mistake. I worked for the Hazelwood School District for 7 1/2 years, starting as a bus aide. I would never put a child in harm's way. In addition to my tenure with the district, I have had a daughter graduate from this district and another who currently attends. I have a great relationship with my students. While not all days are perfect, I loved what I do.

The student's father is my daughter's brother. He informed me that the mother was at the Magic House before we arrived because he received a call at 10:30 AM from the Kirkwood Police Department. My colleague and I did not arrive at the Magic House until 9:55 AM, and the call that I made to my daughter was not made until 10:01 AM. In reviewing the timeline of events, the time that I arrived and spoke with the student and the time her father was called by the police do not add up. I was not involved in this situation and was unaware that we were not allowed to communicate with students while on the clock. I also did not know there was an ongoing custody issue until I was questioned about it.  Given these circumstances, I requested a review of my case and that the District overturn my termination carefully and meticulously. I feel that my character was unfairly incriminated.

As a result of my wrongful termination and loss of income, I was temporarily displaced from my residence, had to live in hotels and homeless shelters until November 2024.  I suffered extreme emotional distress, anxiety and depression. I had to participate in ongoing counseling and have just at this point started to get my life back on track.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒  No ☐

Do you claim punitive monetary damages?

Yes ☒  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
$000,000 for lost wages, benefits, and future earning
potential resulting from my wrongful discharge. $60,000 for
psychological injuries, therapy costs, and the impact of my
mental health conditions. Punitive damages in exces of
$1,000,000.00 to deter repeat conduct.
```

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___8TH___ day of _____OCTOBER_____, 20 2025.

Signature of Plaintiff(s) _____

6